IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JUAN SEGHELMEBLE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 7:23-cv-079-O |
| | § | |
| BOBBY LUMPKIN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## JUDGMENT

This action came on for consideration by the Court, and Petitioner having failed to obtain leave to file a successive habeas action,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the petition is **DISMISSED** without prejudice as successive.

**SIGNED** this **16th day** of **August, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE